# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL PROMOTIONS AND ADVERTISING, INC., a California corporation; and CONTEST PROMOTIONS, LLC, a California limited liability company,<br><br>           Plaintiffs,<br><br>  v.<br><br>NATIONAL SURETY CORPORATION, an Illinois corporation, and DOES 1-50,<br><br>           Defendant. | Case No. 2:20-cv-09491 JAK (Ex)<br><br>**JUDGMENT** |

On September 23, 2022, the Court issued an Order Granting Defendant's Motion to Dismiss the Complaint (Dkt. 51), which dismissed without prejudice Plaintiffs' Complaint and granted Plaintiffs leave to amend within fourteen (14) days.

On October 7, 2022, Plaintiffs filed a Notice of Intent Not to File Amended Complaint and Request for Entry of Judgment (Dkt. 52).

Accordingly, pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered in favor of Defendant, and Plaintiffs' Complaint is dismissed its entirety with prejudice.

**IT IS SO ORDERED**.

Dated: October 12, 2022

_____
John A. Kronstadt
United States District Judge

1